UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT GRAYER and BRIAN MORTON, on behalf of themselves and all others similarly situated, | ) ) ) | CASE NO.:  1:16-cv-1382 |
| | ) | JUDGE CHRISTOPHER BOYKO |
| Plaintiffs, | ) ) | MAGISTRATE JUDGE PARKER |
| vs. | ) ) | |
| | ) | **ORDER** |
| KENNAMETAL INC. | ) ) | |
| Defendant. | ) | |

NOW, this __13th__ day of ___September___, 2016, IT IS HEREBY ORDERED that Plaintiffs' Motion for Conditional Certification, Expedited Opt-In Discovery, and Court-Supervised Notice to Potential Opt-In Plaintiffs is GRANTED and the parties shall proceed as follows:

1)      Within 15 days of this Order, Defendant shall fully answer Plaintiffs' Expedited Opt-In Discovery, and shall provide to Plaintiffs and the Court an Excel spreadsheet containing the name, last known home address (including zip code), last known telephone number, last known email address, and employment dates (in Microsoft Office Excel format) of all former and current manufacturing employees employed by Kennametal Inc. in Orwell, Ohio at any time between June 7, 2013 and the present; and

2)      Within 10 days of this Order, the parties shall submit to the Court proposed language for notification and consent forms to be issued by the Court apprising potential plaintiffs of their rights under the FLSA to opt in as parties to this litigation.  In drafting the proposed notification language, the parties should "be scrupulous to respect judicial neutrality"

and "take care to avoid even the appearance of judicial endorsement of the merits of the action."

*Hoffman-LaRoche Inc. v. Sperling*, 493 U.S. 165, 174 (1989).

 s/ Christopher A. Boyko

JUDGE CHRISTOPHER A. BOYKO