# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT GRAYER and BRIAN MORTON, on behalf of themselves and all others similarly situated,** ) ) ) ) | **CASE NO.1:16CV1382** |
| Plaintiff, ) ) | **JUDGE CHRISTOPHER A. BOYKO** |
| Vs. ) ) | |
| **KENNAMETAL INC.,** ) ) | **ORDER** |
| Defendant. ) | |

**CHRISTOPHER A. BOYKO, J:**

The parties have jointly proposed the notice and consent forms to be used for Court-facilitated notice regarding this conditionally certified FLSA collective action. The parties have also stipulated to the parameters for Court-supervised notice. Having reviewed their proposal and stipulation, the Court orders as follows:

1. The Court approves the parties' proposed notice and consent form.

2. The Court approves the parties' stipulation for the parameters for Court-supervised notice, filed in this action at Doc. 55, and incorporated here by reference.

IT IS SO ORDERED.

                                                s/ Christopher A. Boyko
                                                CHRISTOPHER A. BOYKO
                                                United States District Judge

Dated: October 3, 2016